UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTE S. LEACH,

                              Plaintiff,

                -v-

NEW YORK CITY et al.,

                              Defendants.

16-CV-1189 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

By Order dated February 22, 2016, the Court granted Plaintiff's application for leave to proceed *in forma pauperis* (IFP). ECF No. 4. The Court, by Order dated May 19, 2016, dismissed Plaintiff's complaint based on judicial immunity and for failure to state a claim for relief. *See* ECF No. 10.

On December 10, 2019, the Court received a letter from Plaintiff inquiring about "an unknown filing fee" that was deducted from his account in connection with a "complaint." *See* ECF No. 11. The docket reflects two payments deducted from Plaintiff's account in connection with this case — on October 17, 2019, and November 26, 2019.

A prisoner who "brings a civil action or files an appeal *in forma pauperis* [is] required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1); *see also Bruce v. Samuels*, 136 S. Ct. 627, 630 (2016) (Congress amended *in forma pauperis statute* to require "prisoners to pay filing fees for the suits or appeals they launch."). Prisoners granted IFP status are permitted to proceed *without prepaying* at the time of filing the complaint the entire $350.00 filing fee, which is instead deducted from the prisoner's account in increments, as set forth in § 1915(b)(1).

Plaintiff signed a prisoner authorization form on February 16, 2016, which states: "I understand that by signing and returning this notice to the Court, the entire court filing fee of

$350.00 will be paid in installments by automatic deductions from my prison trust fund account even if my case is dismissed or even if I voluntarily withdraw the case." *See* ECF No. 3 (emphasis omitted). The same form authorizes prison officials to deduct the statutorily required fees from Plaintiff's prison account.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 16, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge